No. 03–731. JEFFERSON v. CITY OF OMAHA POLICE DEPARTMENT ET AL. C. A. 8th Cir. Certiorari denied.

No. 03–733. ENCINITAS COUNTRY DAY SCHOOL, INC., ET AL. v. CALIFORNIA COASTAL COMMISSION ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 03–751. ROES ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–759. DORTON v. PALMER, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–763. VIDEO PIPELINE, INC. v. BUENA VISTA HOME ENTERTAINMENT, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–764. TURLEY ET AL. v. EDDY ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–769. ELJACK v. ALABAMA DEPARTMENT OF INDUSTRIAL RELATIONS ET AL. Ct. Civ. App. Ala. Certiorari denied.

No. 03–776. FRANCHISE TAX BOARD OF CALIFORNIA v. FARMER BROS. CO. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–783. FAIRMOUNT PROPERTIES, INC. v. ZONING BOARD OF ADJUSTMENT OF THE CITY OF PHILADELPHIA ET AL. Commw. Ct. Pa. Certiorari denied.

No. 03–785. BENNETT, INDIVIDUALLY AND AS INTERIM GENERAL GUARDIAN OF DALENKO, AN INCOMPETENT v. WAKE COUNTY DEPARTMENT OF HUMAN SERVICES ET AL. Ct. App. N. C. Certiorari denied.

No. 03–792. KENNEDY v. KENNEDY. Ct. App. Tex., 3d Dist. Certiorari denied.